UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:                              *
                                    *        Chapter 13 Case
CHARLOTTE JETT,                     *        Case No. 04-27001-K
                                    *
      Debtor(s).                    *

## MOTION FOR UNCLAIMED FUNDS

Come(s) now your Applicant, Charlotte Jett, by and through counsel and respectfully states to the Court as follows:

1.    Applicant petitions the Court to refund the court fees previously received from the Chapter 13 Trustee in the amount of $436.00 because the Trustee's Office did not have a valid address for the Debtor. Debtor states that a change of address has been filed in this case accordingly.

2.    Debtor further petitions the Court to waive any reopening of this case accordingly.

WHEREFORE, PREMISES CONSIDERED, Applicant petitions the Court for the relief set out above and for such other and further relief which she may be entitled.

Respectfully submitted,
LONG, UMSTED & JONES


By:    /s/Allen C. Jones
       Attorney for Debtor(s)
       314 Poplar Avenue
       Memphis, Tennessee 38103
       Phone: (901) 522-9316

CERTIFICATE OF SERVICE

I certify that copies of this document were sent to the following by U.S. Mail and/or email on January 20, 2016.

/s/Allen C. Jones

Debtor(s)
Trustee
All entities on matrix